**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

SENECA INSURANCE COMPANY, INC., a New York corporation
    Plaintiff,

v.

RSTART LLC d/b/a PLANET ROOFING & SOLAR, a Colorado limited liability company,
    Defendant.

---

### COMPLAINT AND JURY DEMAND

---

Plaintiff, Seneca Insurance Company, Inc. ("Seneca"), by and through its counsel, submits this Complaint and Jury Demand against Rstart LLC d/b/a Planet Roofing & Solar ("Planet Roofing"):

### I. THE PARTIES

1. Seneca is a New York corporation with its principal place of business in New York.

2. Planet Roofing is a Colorado limited liability company with its principal place of business in Colorado.

### II. JURISDICTION AND VENUE

3. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. Seneca and Planet Roofing are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over Planet Roofing because it performs business in the State of Colorado.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2). A substantial part of the events or omissions giving rise to this Complaint occurred in the State of Colorado.

### III. GENERAL ALLEGATIONS

6. Seneca issued Policy No. SCC 2032261 to Maplewood Village Apartments, LLC & DKAPT, LLC ("Maplewood Village"), effective March 31, 2017 to March 31, 2018 (the "Policy").

7. Maplewood Village is an apartment complex located in Lakewood, Colorado consisting of four two story buildings.

8. Maplewood Village entered into a verbal or written agreement with Planet Roofing for re-roofing services for the apartment complex.

9. Upon information and belief, Planet Roofing had a contract with Gulfeagle Supply for purchase and supply of roofing and construction materials. Planet Roofing ordered shingles and decking material from Gulfeagle Supply for the Maplewood Village re-roofing project.

10. On June 16, 2017, Gulfeagle Supply delivered shingles and decking material to Planet Roofing at the Maplewood Village re-roofing project and stacked the materials on the roofs.

11. On June 19, 2017, two roofs in the Maplewood Village apartment complex collapsed due to the weight of the materials stacked on the roofs, resulting in damage to two of the buildings.

12. Maplewood Village presented a claim to Seneca for the damages caused by the roof collapses. Seneca has made and is continuing to make payments to Maplewood Village for

repair of the Maplewood Village property, which repairs are ongoing. To date, Seneca has paid $882,128.90 to or on behalf of Maplewood Village.

13. On November 30, 2017, Seneca reached a settlement with Gulfside Supply when its' insurer, Pennsylvania Lumbermens Mutual Insurance Company, agreed to pay $508,000 toward the damages incurred. This settlement does not fully reimburse Seneca for the full extent of the payments it has made for repair of the property.

14. Pennsylvania Lumbermens Mutual Insurance Company has filed suit against RStart LLC d/b/a Planet Roofing & Solar in the United States District Court for the District of Colorado, case number 18-cv-00478-STV to recover the amount it paid to Seneca on behalf of Gulfside Supply.

15. Seneca is equitably and contractually subrogated to the extent of the payments it has made or will make to Maplewood Village for damages caused by the collapse.

**FIRST CLAIM FOR REQUIEF**
**(Negligence)**

16. Seneca realleges and incorporates by reference the allegations of Paragraphs 1 through 16 above as if set forth in full herein.

17. Planet Roofing had a duty to install the Maplewood Village roofs in a careful, competent, and workmanlike manner so that it did not cause damage to the Maplewood Village property.

18. Planet Roofing was required to follow the applicable building code requirements for the City of Lakewood for the re-roofing of the Maplewood Village property which required Planet Roofing as the roofing contractor to ensure that the structural roof components were

capable of supporting the material and equipment loads encountered during the installation of the new roofing system.

19. Planet Roofing owed a duty to Maplewood Village to use reasonable care in unloading and stacking roofing materials delivered to the Maplewood Village property and/or to supervise the individuals or entities it retained to perform those services.

20. Planet Roofing as the roofing contractor should have been present at the time the materials were delivered to the Maplewood Village property to provide any special placement or loading instructions to Gulfeagle Supply when the shingles and decking materials were delivered.

21. It was foreseeable to Planet Roofing that a failure to carefully and competently evaluate the structural capacity of the Maplewood Village property to support the loads of the roofing materials would result in damage to the Maplewood Village property.

22. It was foreseeable to Planet Roofing that a failure to properly supervise the delivery and placement of the roofing materials would result in damage to the Maplewood Village property.

23. The damage to the Maplewood Village property was carelessly and negligently caused by Planet Roofing's breach of its duty to ensure the structural roof components were capable of supporting the material loads necessary for the re-roofing project and/or its breach of the duty to adequately supervise the delivery and placement of the roofing materials.

24. As a direct proximate result of Planet Roofing's carelessness and negligence, Maplewood Village suffered damages.

25. Maplewood Village submitted a claim to Seneca. Pursuant to the terms of the Policy, Seneca has paid and is continuing to pay monies to or on behalf of Maplewood Village for the repairs to the property.

26. Seneca is equitably and contractually subrogated to the claims of Maplewood Village to the extent of the monies it has paid and is continuing to pay to or on behalf of Maplewood Village.

## SECOND CLAIM FOR RELIEF
### (Breach of Implied Warranty)

27. Seneca realleges and incorporates by reference the allegations of Paragraphs 1 through 25 above as if set forth in full herein.

28. Planet Roofing provided roofing services at Maplewood Village and there was an implied duty of good and sound workmanship owed to Maplewood Village.

29. Planet Roofing breached the implied warranties of good and workmanlike services by failing to exercise reasonable care and skill in performance of its roofing services and by failing to ensure the roofs were installed in a manner suitable for the ordinary purpose for which they might reasonably be used.

30. As a direct and proximate result of Planet Roofing's breach of the implied warranty of good and workmanlike services, Seneca has paid and is continuing to pay monies to or on behalf of Maplewood Village.

31. Seneca is equitably and contractually subrogated to the claims of Maplewood Village to the extent of the monies it has paid and is continuing to pay to or on behalf of Maplewood Village.

Case 1:18-cv-00564-CMA-KLM   Document 1   Filed 03/08/18   USDC Colorado   Page 6 of 7

## THIRD CLAIM FOR RELIEF
### (Breach of Contract)

32.     Seneca realleges and incorporates by reference the allegations of Paragraphs 1 through 29 above as if set forth in full herein.

33.     Maplewood Village entered into a verbal and/or written contract with Planet Roofing for re-roofing of the Maplewood Village property.

34.     Planet Roofing had a contractual duty to replace the roofs at Maplewood Village in a careful, competent, and workmanlike manner so that damage would not be caused to Maplewood Village.

35.     Planet Roofing breached its agreement with Maplewood Village when it failed to properly supervise Gulfeagle Supply's delivery of the roofing shingles and decking materials, when it failed to evaluate the capacity of the Maplewood Village to support the materials delivered, and when it failed to ensure the materials were properly stacked on the roofs.

36.     The damage to the Maplewood Village property was a result of Planet Roofing's breach of its contract with Maplewood Village.

37.     As a result, Maplewood Village submitted a claim to Seneca who paid and continues to pay monies to or on behalf of Maplewood Village for the repairs to the property.

38.     Seneca is now equitably and contractually subrogated to the claims of Maplewood Village to the extent of the monies it has paid and continue to pay to or on behalf of Maplewood Village.

**WHEREFORE**, Seneca Insurance Company, Inc. respectfully requests judgement in its favor and against Rstart LLC d/b/a Planet Roofing & Solar for the amounts paid and which it is continuing to pay over and above what it has received in settlement from Gulfeagle Supply, plus

prejudgment interest and post judgment interest, and any other relief the Court deems just and equitable.

## PLAINTIFF DEMANDS A TRIAL BY JURY

Respectfully submitted this 8th day of March, 2018.

>/s/ Robin L. Bowers
>Robin L. Bowers
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>5600 South Quebec Street, Suite C100
>P.O. Box 4467
>Englewood, CO  80155-4467
>Telephone:     (303) 293-8800
>Facsimile:     (303) 839-0036
>E-Mail:        rbowers@mdmc-law.com
>*Attorneys for Seneca Insurance Company, Inc.*